UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INFORMATION** |
| v. | 23 Cr. |
| JACK MOUSSIGNAC, | 24 CRIM 022 |
| Defendant. | |

## COUNT ONE
### (Assaulting an Employee of the United States)

The United States Attorney charges:

1. On or about July 21, 2023, in the Southern District of New York and elsewhere, JACK MOUSSIGNAC, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, made physical contact with the victim of the assault and had the intent to commit another felony, to wit, MOUSSIGNAC, the defendant, forcibly assaulted a United States Postal Service ("USPS") letter carrier with intent to rob the letter carrier of a USPS arrow key.

(Title 18, United States Code, Section 111(a)(1).)

*Damian Williams*

DAMIAN WILLIAMS
United States Attorney